## ATTACHMENT.

[Hamilton Circuit Court.]

### WINTERING v. CORRIGAN.

ATTACHMENT WILL NOT LIE FOR INJURY BY DOG.

In a suit for injuries by a vicious dog, an attachment will not lie on the ground that the harboring of a vicious dog is in violation of a criminal statute.

*Healy & Brannan*, attorneys.

The plaintiff sued for damages on account of a dog bite, and obtained an attachment on the ground that the harboring of a vicious dog by the defendant was in violation of a criminal statute: *Held*, that the injury complained of did not fall within the scope of the statute in question. Attachment discharged.